# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT FUND, WISCONSIN OPERATING ENGINEERS SKILL IMPROVEMENT AND APPRENTICESHIP FUND, JOINT LABOR MANAGEMENT WORK PRESERVATION FUND, TERRANCE E. MCGOWAN, INTERNATIONAL UNION OF OPERATING ENGINEERS NATIONAL TRAINING FUND, JAMES T. CALLAHAN, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, MICHAEL A. CRABTREE, and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 139, <br><br> Plaintiffs, <br><br> v. <br><br> CORNERSTONE PAVERS, LLC, <br><br> Defendant. | Case No. 21-CV-1240-JPS <br><br><br> **ORDER** |

On October 25, 2021, Plaintiffs filed a complaint alleging violations of federal law. ECF No. 1. On March 21, 2022, Plaintiffs and Defendant signed and filed a stipulation of dismissal of this action. ECF No. 14. The parties agreed that Counts I–III would be dismissed without prejudice and that Count IV would be dismissed with prejudice; they agreed that the

entire case would be dismissed without costs. *Id.* The Court will adopt the parties' stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 14, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED** without costs; Counts I–III are **DISMISSED without prejudice**; Count IV is **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin, this 4th day of April, 2022.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:21-cv-01240-JPS   Filed 04/04/22   Page 2 of 2   Document 15